# Third District Court of Appeal

## State of Florida

Opinion filed April 5, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-2458
Lower Tribunal No. 19-37444

————————————

**Robert Volé,**
Appellant,

vs.

**Archie Drury, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Pila Law Group, and Tomas A. Pila, for appellant.

Akerman LLP, and Michael C. Marsh, Ryan Roman and Sheena Y. Allen (Fort Lauderdale), for appellees Fisher Island Club, Inc., Bernard Lackner, and Barbara Zweig; and Bell Rosquete Reyes Esteban, PLLC, and Javier A. Reyes, Armando Rosquete and Alexander Esteban, for appellees Archie Drury and Douglas Elliman Florida, LLC.

Before FERNANDEZ, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. <u>Palma v. Zerbey</u>, 189 So. 2d 510, 511 (Fla. 3d DCA 1966);

<u>James Talcott, Inc. v. McDowell</u>, 148 So. 2d 36, 37 (Fla. 3d DCA 1962).